# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JENNIFER RUBART,

      Plaintiff,

v.                                    Case No:   6:23-cv-1535-LHP

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant

---

## ORDER[1]

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 18)
>
> **FILED:** October 3, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge, which consent the presiding District Judge has approved.   *See* Doc. Nos. 19–20.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain supplemental vocational expert evidence; take any additional action necessary to complete the administrative record; and issue a new decision.

Doc. No. 18.   Plaintiff does not object to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 18) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties